THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. TED WILLIAMS, Defendant-Appellant.

First District (1st Division) No. 1—86—2714

Opinion filed June 29, 1990.

> The above opinion was withdrawn and republished at 205 Ill. App. 3d 715.